THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOLFAZL HOSSEINZADEH, | CASE NO. C18-1385-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BELLEVUE PARK HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' agreed motion to continue trial and pretrial dates (Dkt. No. 41). The motion is GRANTED. The Court ORDERS the following dates set:

| | |
|---|---|
| Pleading amendment deadline | April 24, 2020 |
| Discovery cutoff | May 29, 2020 |
| 39.1 mediation deadline | June 12, 2020 |
| Dispositive motions deadline | June 30, 2020 |
| Proposed pretrial order due date | September 18, 2020 |
| Trial briefs due date | September 24, 2020 |

| Proposed voir dire/jury instructions due date | September 24, 2020 |
| Jury trial start date (10-day estimate) | September 28, 2020 |

DATED this 18th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk