THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ABOLFAZL HOSSEINZADEH,<br><br>    Plaintiff,<br><br>    v.<br><br>BELLEVUE PARK HOMEOWNERS ASSOCIATION *et al.*,<br><br>    Defendants. | CASE NO. C18-1385-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a limited extension of discovery (Dkt. No. 156). The Court hereby GRANTS the motion and APPROVES the proposed schedule set forth in the parties' stipulated motion.

DATED this 8th day of July 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1385-JCC
PAGE - 1