THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOLFAZL HOSSEINZADEH,<br><br>        Plaintiff,<br>  v.<br><br>BELLEVUE PARK HOMEOWNERS ASSOCIATION *et al.*,<br><br>        Defendant. | CASE NO. C18-1385-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to modify the Court's scheduling order (Dkt. No. 78). Plaintiff asks the Court to extend all pretrial deadlines. (*Id.* at 2–3.) Defendants appear to oppose only a wholesale extension of the discovery cutoff. (*See* Dkt. No. 90 at 3.) The Court concludes that a wholesale extension of the discovery cutoff would be inappropriate given that this litigation has been ongoing since 2018. However, if Plaintiff or Defendants believe the Court should allow specific discovery after the discovery cutoff, they may ask for permission to conduct that discovery. (*See* Dkt. No. 160) (granting parties' stipulated motion for a limited extension of discovery).

For the forgoing reasons, the Court GRANTS in part and DENIES in part Plaintiff's

MINUTE ORDER
C18-1385-JCC
PAGE - 1

motion (Dkt. No. 78). The Court ORDERS as follows:

1. The 39.1 mediation deadline is September 10, 2020;

2. The dispositive motions deadline is September 28, 2020;

3. The proposed pretrial order due date is due January 4, 2021;

4. The trial briefs due date is January 7, 2021;

5. The proposed voir dire/jury instructions due date is January 7, 2021; and

6. The jury trial is set for January 11, 2021, at 9:30 a.m.

DATED this 9th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
