THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOLFAZL HOSSEINZADEH, | CASE NO. C18-1385-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BELLEVUE PARK HOMEOWNERS ASSOCIATION *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for relief from a deadline and to continue the deposition of Mr. Carroll (Dkt. No. 92). The Court hereby GRANTS the motion. Mr. Carroll is relieved from the deadline to file his written report, and his deposition is continued to a later date.

DATED this 20th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1385-JCC
PAGE - 1