THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOLFAZL HOSSEINZADEH, | CASE NO. C18-0385-JCC |
| Plaintiff, | ORDER |
| v. | |
| BELLEVUE PARK HOMEOWNERS ASSOCIATION *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for a protective order (Dkt. No. 113). In the Western District of Washington, "[a]ny motion for a protective order must include a certification . . . that the movant has engaged in a good faith meet and confer conference with other affected parties in an effort to resolve the dispute without court action." W.D. Wash. Local Civ. R. 26(c)(1). "A good faith effort to confer requires a face-to-face meeting or a telephone conference." *Id.* Plaintiff's counsel did not meet face-to-face with Defendants' counsel or call Defendants' counsel on the telephone. (*See* Dkt. No. 128 at 1–2.) Instead, Plaintiff's counsel sent two emails to Defendants' counsel. (*Id.*) Plaintiff's counsel sent the first email the night before Plaintiff filed his motion. (*Id.* at 1.) The email informed Defendants that Plaintiff wanted a protective order. (*Id.*) Plaintiff's counsel sent the second email hours before Plaintiff filed his motion. (*Id.* at 2.) The email provided a copy of Plaintiff's proposed protective order. (*Id.*)

ORDER
C18-0385-JCC
PAGE - 1

1  Plainly, these emails do not comply with the meet-and-confer requirement. The Court therefore
2  DENIES Plaintiff's motion (Dkt. No. 113).
3        DATED this 20th day of August 2020.

                                            John C. Coughenour
                                            UNITED STATES DISTRICT JUDGE