THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABOLFAZL HOSSEINZADEH,<br><br>                    Plaintiff,<br><br>        v.<br><br>BELLEVUE PARK HOMEOWNERS ASSOCIATION *et al.*,<br><br>                    Defendants. | CASE NO. C18-1385-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Bellevue Park Homeowners Association's motion for a Federal Rule of Civil Procedure 35 examination and a limited extension of discovery (Dkt. No. 132). The Association wants Dr. Michael K. Friedman to examine Plaintiff in-person pursuant to Rule 35. (*See* Dkt. No. 132 at 1.) The Association argues that there is good cause for a Rule 35 examination because Plaintiff has placed his mental health at issue, (*see id.* at 8–9), and Dr. Friedman cannot accurately perform an examination over video, (*see* Dkt. No. 134 at 2–3).

Plaintiff agrees that there is good cause for a Rule 35 examination and "wants to complete his Rule 35 examination as soon as possible." (*See* Dkt. No. 146 at 2.) However, Plaintiff believes that a face-to-face examination would violate the restrictions Washington has placed on businesses due to the COVID-19 pandemic. (*See id.* at 2–3.) Specifically, Plaintiff

believes that Dr. Friedman's proposed examination would violate "the standard for providing professional services in King County" because the examination would take longer than 30 minutes. (*See id.* at 3.)

The parties dispute whether Dr. Friedman would be providing a "professional service" or an "essential service." (*See id.*; Dkt. No. 152 at 2–3.) Prior to June 19, 2020, that distinction might have made a difference: King County was in modified Phase 1 of Washington's Safe Start reopening plan, *see Safe Start*, King County, https://kingcounty.gov/elected/executive/constantine/covid-response/safe-start.aspx (last visited Aug. 20, 2020); (Dkt. No. 146 at 28), indoor professional services were limited to 30 minutes for customers, *see* Off. of the Governor, Safe Start Washington at 9 (Aug. 6, 2020), https://www.governor.wa.gov/sites/default/files/SafeStartPhasedReopening.pdf, and Dr. Friedman likely could not complete his examination in 30 minutes, (*see* Dkt. No. 134 at 2) (explaining that the Minnesota Multiphasic Personality Inventory consists of more than 550 true/false questions). But as of June 19, King County is in Phase 2 of Washington's reopening plan. *See Safe Start*, *supra*. Under Phase 2, an employer may provide indoor professional services without time limits so long as the employer complies with certain requirements. *See* Safe Start Washington, *supra*, at 10. Among other things, an employer must ensure that employees and customers wear facial coverings in most circumstances, keep customers and employees six feet from one another unless strict physical distancing is not feasible for a specific task, and follow the cleaning guidelines set by the Centers for Disease Control and Prevention. *See id.* at 5–7.

Dr. Friedman's proposed examination meets these requirements. The examination would take place at MACHAON Medical Evaluations. (Dkt. No. 134 at 2.) MACHOAN "is taking a pro-active approach . . . in accordance with . . . [CDC] & University of Washington guidelines to keep [its] Examinees and staff at a low risk of exposure to communicable diseases." (*Id.* at 14.) Those precautions include requiring all participants in an examination to wear a mask and gloves; maintaining physical distancing by limiting the number of people in MACHOAN's

reception area to two people; screening examinees for COVID-19 symptoms and stopping an examination if an examinee has any symptoms; and cleaning the reception area and lobby after each examination. (*Id.*)

Given that Dr. Friedman's proposed examination complies with Washington's requirements for professional services, the Court GRANTS the Association's motion (Dkt. No. 132) because there is good cause for a Rule 35 examination and good cause to modify the Court's scheduling order to allow for the examination. The Court hereby AUTHORIZES a Rule 35 examination and EXTENDS discovery for that purpose only. The Court ORDERS Plaintiff to appear at MACHAON within 30 days of the date of this order for an in-person Rule 35 mental examination conducted by Dr. Friedman. The Court further ODERS the parties to meet and confer within seven days of the date of this order about the precise date and time for Plaintiff's examination.

DATED this 21st day of August 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE