1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABOLFAZL HOSSEINZADEH,

                    Plaintiff,

        v.

BELLEVUE PARK HOMEOWNERS
ASSOCIATION, *et al.*,

                    Defendants.

CASE NO. C18-1385-JCC

ORDER

        This matter comes before the Court on Plaintiff's counsel's response (Dkt. No. 176) to
the Court's order to show cause (Dkt. No. 167) and the parties' supplemental briefs (Dkt. Nos.
177, 179). Having thoroughly considered the briefing and relevant record, the Court finds oral
argument unnecessary and hereby DECLINES to impose sanctions at this time. While the Court
is troubled by counsel's behavior warranting the order to show cause, and further troubled by
Counsel's response to the order to show cause—instances of "errata," "mistaken" memory, and
"mistakes incorrectly referencing the record"—this behavior does not warrant sanctions, in light
of what has already been imposed, albeit for separate infractions. (*See* Dkt. Nos. 167 at 9–10,
179 at 5–6, 218 at 5). The Court hopes that counsel's recent seemingly good-faith efforts to
resolve remaining disputes regarding the scope of the pending Rule 30(b)(6) deposition of
Defendant Bellevue Park Homeowners Association's representative are an indication of what the

Court can expect going forward. Nevertheless, if the Court is apprised of further sanctionable conduct, it will be viewed harshly.

DATED this 4th day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1385-JCC
PAGE - 2