UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ABOLFAZL HOSSEINZADEH,

Plaintiff,

and

MARY ANDERSON,

Appellant,

v.

BELLEVUE PARK HOMEOWNERS ASSOCIATION,

Defendant-Appellee,

and

ADRIAN TEAGUE, in both his individual capacity and representative capacity as director of Bellevue Park Homeowners Association; JENNIFER GONZALEZ, in both her individual capacity and representative capacity as director of Bellevue Park Homeowners Association,

Defendants.

No. 21-35074

D.C. No. 2:18-cv-01385-JCC
Western District of Washington, Seattle

ORDER

Before: BYBEE, BEA, and CHRISTEN, Circuit Judges.

Appellee Bellevue Park Homeowners Association's motion for attorney fees in the amount of $6,670, Dkt. No. 37, is GRANTED.

Appellant Mary Anderson’s motion for reconsideration, Dkt. No. 38, is DENIED.