THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   ABOLFAZL HOSSEINZADEH,

CASE NO. C18-1385-JCC

10                              Plaintiff,

ORDER

11        v.

12   BELLEVUE PARK HOMEOWNERS
     ASSOCIATION, *et al.*,
13
                                Defendants.
14

15        This matter came before the Court on Interested Party Mary Anderson's Motion for

16   Disbursement of Registry Funds. (Dkt. No. 237). Defendants have not filed an opposition. This

17   is understandable given that Ms. Anderson did not prevail in her appeal of a cost and fee award

18   against her, and she had paid the funds in question to stay that award. (*See* Dkt. Nos. 230, 232 at

19   6–7 (affirming entry of cost and fee award against Ms. Anderson).)

20        Accordingly, the motion (Dkt. No. 237) is GRANTED. The Clerk is authorized and

21   directed to draw a check on the funds deposited in the registry of the Court in the principal

22   amount of $6,165 plus any interest accrued, minus any statutory fees, payable to Defendant

23   Bellevue Park Homeowner's Association. Payment shall be made upon receipt of the

24   Association's W-9 and mailing address.

25   //

26   //

1    DATED this 13th day of June 2022.

2

3

4    _____

5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER (C18-1385 JCC) − 2